ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE DANIEL CRUZ BANOS<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, WARDEN,<br><br>Respondent. | CASE NO.  1:25-CV-1634 DC CSK<br><br>STIPULATION TO AMEND BRIEFING SCHEDULE AND ORDER |

**STIPULATION**

Petitioner Josue Daniel Cruz Banos and Respondent Christopher Chestnut, Warden, (the Parties), hereby stipulate as follows:

1. By previous order dated December 1, 2025, Respondent's response to Petitioner's habeas petition is due within 14 days of the date of the order. Petitioner's reply, if any, is due within seven days after being served with a copy of the response. (ECF 10).

2. DHS has referred a negative fear finding to an immigration judge for review. The Parties believe that a conclusion of the review will assist the Parties in advising this Court.

3. By this stipulation, the Parties seek to amend the briefing schedule as follows:

    a) Respondent's response is due on or before December 22, 2025; and

    b) Petitioner's reply is due on or before December 29, 2025.

IT IS SO STIPULATED.

Dated: December 15, 2025

ERIC GRANT
United States Attorney

/s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

Dated:  December 15, 2025

ROBERT J. BELES LAW OFFICES

/s/Emilio Parker
EMILIO PARKER
Attorney for Josue Daniel Cruz Banos

## [PROPOSED] ORDER

In light of the parties' stipulation, the Court finds it appropriate to continue the briefing schedule as requested.  (ECF No. 15.)  Accordingly, IT IS HEREBY ORDERED that respondent shall file his response on or before December 22, 2025, and petitioner's reply, if any, shall be filed on or before December 29, 2025.

Dated:  December 16, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bano1634.ext.brf.imm