UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE DANIEL CRUZ BANOS,

Petitioner,

v.

CHRISTOPHER CHESTNUT, WARDEN,

Respondent.

No.  1:25-cv-1634 DC CSK

ORDER, AND FINDINGS AND RECOMMENDATIONS

Petitioner is an immigration detainee, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  For the following reasons, this Court recommends that this action be dismissed as moot.

On January 14, 2026, this Court recommended that the petition be denied because petitioner's current detention was lawful as petitioner was detained pursuant to a final order of removal pursuant to 8 U.S.C. § 1231.  (ECF No. 21.)  On February 13, 2026, respondent filed a status report stating that petitioner was removed from the United States on February 9, 2026.  (ECF No. 23.)  On April 1, 2026, this Court ordered petitioner to show cause within ten days why this action should not be dismissed as moot based on petitioner's removal.  (ECF No. 24.)  Ten days passed from April 1, 2026 and petitioner did not respond to the order to show cause.  (See docket.)

The jurisdiction of federal courts is limited to "actual, ongoing cases or controversies." Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990).  "To invoke the jurisdiction of the

1

federal court, a litigant must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable decision." Id. "This case-or-controversy requirement subsists through all stages of federal judicial proceedings[.]" Id. Given that petitioner has been removed, the Court finds that no case or controversy exists and the petition is moot. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (finding habeas petition challenging length of immigration detention moot because "there was no extant controversy for the district court to act upon" when petitioner was subsequently deported, "thereby curing his complaints about the length of his INS detention").

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed January 14, 2026 (ECF No. 21) are vacated; and

IT IS HEREBY RECOMMENDED that this action be dismissed as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **seven** days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within **seven** days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 15, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Bano1634.157.imm/2

2